# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIA GISSELL CRUZ MEJIA, MARIA ELISA BUESO MEJIA, MARTHA L. MARTINEZ BALLEZA, ESTHER SANCHEZ TORRES, CLAUDIA WILSON, DORA PIMEDA, individually and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BROTHERS PETROLEUM, LLC D/B/A BROTHERS FOOD MART, BROTHERS FOOD MART AND IMAD FAIEZ HAMDEN<br><br>Defendants. | CIVIL ACTION NO.: **12-2842**<br><br>SECTION: **C(3)**<br><br>**NOTICE OF SUBMISSION ON PLAINTIFFS' MOTION TO PROCEED AS A COLLECTIVE ACTION AND FACILITATE NOTICE UNDER 29 U.S.C. § 216 (b)**<br><br>District Judge Helen G. Berrigan<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SUBMISSION

Pursuant to Local Rule 7.2, please take notice that the undersigned counsel will bring Plaintiffs' Motion to Proceed as a Collective Action and Facilitate Notice Under 29 U.S.C. § 216(b) for hearing before the Honorable Helen G. Berrigan on the 26 day of February, 2014, at 9:30 A.M., or as soon as practicable depending on the Court's availability.

DATE: February 11, 2014

Respectfully submitted,

 /s/ Peter B. Schneider
Peter B. Schneider (*pro hac vice*)
Carolyn H. Cottrell (*pro hac vice* pending)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
pschneider@schneiderwallace.com

ccottrell@schneiderwallace.com

Jody Forester Jackson, (La. Bar No. 28938)
Mary Bubbett Jackson, (La. Bar No. 29110)
**JACKSON+JACKSON**
201 St. Charles Avenue, Suite 2500
New Orleans, Louisiana 70170
Telephone: (504) 599-5953
Facsimile: (888) 988-6499
jjackson@jackson-law.net
mjackson@jackson-law.net

Joseph C. Peiffer, Esq.
David M. Abdullah, Esq.
Daniel J. Carr, Esq.
PEIFFER ROSCA ABDULLAH & CARR, LLC
201 St. Charles Avenue, Suite 4610
New Orleans, Louisiana 70170
Telephone: (504) 523-2434
Facsimile: (504) 523-2464
jpeiffer@praclawfirm.com
dabdullah@praclawfirm.com
dcarr@praclawfirm.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2014, I electronically filed the foregoing pleading with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

     /s/ Peter B. Schneider
Peter B. Schneider (*pro hac vice*)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California  94104
Telephone:  (415) 421-7100
Facsimile:  (415) 421-7105
pschneider@schneiderwallace.com

*Attorney for Plaintiffs*