# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIA GISSELL CRUZ MEJIA, MARIA ELISA BUESO MEJIA, MARTHA L. MARTINEZ BALLEZA, ESTHER SANCHEZ TORRES, CLAUDIA WILSON, DORA PIMEDA, individually and on behalf of all persons similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> BROTHERS PETROLEUM, LLC D/B/A BROTHERS FOOD MART, BROTHERS FOOD MART AND IMAD FAIEZ HAMDEN <br><br> Defendants. | CIVIL ACTION NO.: **12-2842** <br><br> SECTION: **C(3)** <br><br> **REQUEST FOR ORAL ARGUMENT ON PLAINTIFFS' MOTION TO PROCEED AS A COLLECTIVE ACTION AND FACILITATE NOTICE UNDER 29 U.S.C. § 216 (b)** <br><br> District Judge Helen G. Berrigan <br><br> **JURY TRIAL DEMANDED** |

### REQUEST FOR ORAL ARGUMENT ON PLAINTIFFS' MOTION TO PROCEED AS A COLLECTIVE ACTION AND FACILITATE NOTICE UNDER 29 U.S.C. § 216 (b)

Pursuant to Local Rule 78.1, Plaintiffs hereby request oral argument on their Motion to Proceed as a Collective Action and Facilitate Notice Under 29 U.S.C. § 216(b), submitted contemporaneously herewith.

DATE: February 11, 2014

Respectfully submitted,

 /s/ Peter B. Schneider
Peter B. Schneider (*pro hac vice*)
Carolyn H. Cottrell (*pro hac vice* pending)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
pschneider@schneiderwallace.com
ccottrell@schneiderwallace.com

Jody Forester Jackson, (La. Bar No. 28938)
Mary Bubbett Jackson, (La. Bar No. 29110)
**JACKSON+JACKSON**
201 St. Charles Avenue, Suite 2500
New Orleans, Louisiana 70170
Telephone: (504) 599-5953
Facsimile:  (888) 988-6499
jjackson@jackson-law.net
mjackson@jackson-law.net

Joseph C. Peiffer, Esq.
David M. Abdullah, Esq.
Daniel J. Carr, Esq.
PEIFFER ROSCA ABDULLAH & CARR, LLC
201 St. Charles Avenue, Suite 4610
New Orleans, Louisiana 70170
Telephone: (504) 523-2434
Facsimile: (504) 523-2464
jpeiffer@praclawfirm.com
dabdullah@praclawfirm.com
dcarr@praclawfirm.com

*Attorneys for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2014, I electronically filed the foregoing pleading with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

   /s/ Peter B. Schneider
Peter B. Schneider (*pro hac vice*)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California  94104
Telephone:  (415) 421-7100
Facsimile:  (415) 421-7105
pschneider@schneiderwallace.com

*Attorney for Plaintiffs*