## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| REINA PRADA MEDINA<br>　　Plaintiff | * | |
| | * | CIVIL ACTION NO. 13-4831 |
| VERSUS | * | |
| | * | |
| BROTHERS BEHRMAN HWY., INC. | * | JUDGE JANE TRICHE MILAZZO |
| and | * | |
| BROTHERS STUMPF & TERRY | * | |
| PARKWAY, LLC | * | MAGISTRATE KAREN WELLS |
| 　　Defendants | * | ROBY |

* * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFF'S MOTION TO CONDITIONALLY CERTIFY A FLSA COLLECTIVE ACTION AND SEND NOTICE OF CLASS

Plaintiff, Reina Prada Medina, through undersigned counsel, hereby moves the Court to conditionally certify a Fair Labor Standards Act collective action and order notice sent to members of a class of all current and former nonexempt employees employed by Brothers Behrman Hwy, Inc. and Brothers Stumpf & Terry Parkway, LLC after June 18, 2010, who worked overtime hours but were not paid overtime wages during all or part of their employment.

As explained in the accompanying memorandum of points and authorities, this case meets the standard for conditional certification as Plaintiff has shown that the proposed class members are similarly situated pursuant to 29 U.S.C. § 216(b). Additionally, the Court should authorize notice to the class, as court authorization of notice to the class in a FLSA collective action serves the legitimate goal of avoiding a multiplicity of duplicative suits and setting cutoff dates to expedite disposition of the action. A proposed order is submitted herewith.

Respectfully Submitted:

/s/   Philip A. Costa

PHILIP A. COSTA (LSBN 4428)
829 Baronne St.
New Orleans, LA 70113
Telephone: (504) 581-9322

    and

/s/    Gloria T. Lastra

ROMUALDO GONZALEZ (LSBN 6118)
GLORIA T. LASTRA (LSBN 25442)
228 St. Charles Avenue
New Orleans, LA 70130
Telephone: (504) 581-2073

**Attorneys for Plaintiff, Reina Prada Medina**