UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| REINA PRADA MEDINA | | |
|    Plaintiff | * | |
| | * | CIVIL ACTION NO. 13-4831 |
| VERSUS | * | |
| | * | |
| BROTHERS BEHRMAN HWY., INC. | * | JUDGE JANE TRICHE MILAZZO |
| and | * | |
| BROTHERS STUMPF & TERRY | * | |
| PARKWAY, LLC | * | MAGISTRATE KAREN WELLS |
|    Defendants | * | ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

Considering the motion and memorandum of Plaintiff.

IT IS ORDERED that this Honorable Court hereby conditionally certifies this action as a FLSA representative action on behalf of a class of all current and former nonexempt employees employed by Brothers Behrman Hwy, Inc. and Brothers Stumpf & Terry Parkway, LLC after June 18, 2010, who worked overtime hours but were not paid overtime wages during all or part of their employment. This Court further authorizes Plaintiff's counsel to issue a notice to be sent to all said employees and to post a notice of this lawsuit and consent to sue in a conspicuous location in the workplace. Finally, this Court orders Defendants to provide Plaintiff's counsel with the last known addresses of putative collective members and the telephone numbers, dates of birth, and the last four digits of the social security number of any potential class members whose notice is returned by the post office so that Plaintiff's counsel may provide effective notice to the class.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
U. S. DISTRICT JUDGE