UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| REINA PRADA MEDINA | | |
|---|---|---|
| Plaintiff | * | |
| | * | CIVIL ACTION NO. 13-4831 |
| VERSUS | * | |
| | * | |
| BROTHERS BEHRMAN HWY., INC. | * | JUDGE JANE TRICHE MILAZZO |
| and | * | |
| BROTHERS STUMPF & TERRY | * | |
| PARKWAY, LLC | * | MAGISTRATE KAREN WELLS |
| Defendants | * | ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

TO: ALL COUNSEL OF RECORD:

      Plaintiff, Reina Prada Medina, brings for submission the Motion to Conditionally Certify a FLSA Collective Action and Send Notice of Class before Judge Jane Triche Milazzo for hearing on the **21st day of January, 2014 at 10:00 a.m.** or as soon thereafter as counsel may be heard.

      Respectfully Submitted:

/s/   Philip A. Costa
PHILIP A. COSTA (LSBN 4428)
829 Baronne St.
New Orleans, LA 70113
Telephone: (504) 581-9322
     and
/s/   Gloria T. Lastra
ROMUALDO GONZALEZ (LSBN 6118)
GLORIA T. LASTRA (LSBN 25442)
228 St. Charles Avenue
New Orleans, LA 70130
Telephone: (504) 581-2073

**Attorneys for Plaintiff, Reina Prada Medina**

# CERTIFICATE OF SERVICE

I, Philip A. Costa, do hereby certify that a copy of the foregoing Motion to Conditionally Certify a FLSA Collective Action and Send Notice of Class has been served the 22nd day of December 2014 by ELECTRONIC FILING through the Court's electronic filing system upon all parties participating in the court's electronic system.

Respectfully Submitted:

/s/   Philip A. Costa
PHILIP A. COSTA (LSBN 4428)